# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

HENRY SANDIFER, )
)
    Plaintiff, )
)
v. ) No. 12 C 5587
)
SALVADOR GODINEZ, Executive Director )
of the COOK COUNTY DEPARTMENT )
OF CORRECTIONS, et al., )
)
    Defendants. )

## MEMORANDUM ORDER

Henry Sandifer ("Sandifer") has utilized the form of 42 U.S.C. § 1983 ("Section 1983") Complaint provided by the Clerk's Office to assert a claim against Executive Director Salvador Godinez of the Cook County Department of Corrections ("County Jail") and a number of other defendants occupying various positions at the County Jail, asserting that Sandifer was subjected to cruel and unusual punishment at their hands. Sandifer has accompanied the Complaint with two other forms provided by the Clerk's Office: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion").

To begin with the Application, it shows that it was prepared many months ago -- in October 2011[1] -- and accordingly lacks the current information required by 28 U.S.C. § 1915 ("Section 1915"). Accordingly the Application must be and is denied, and it cannot be

---

[1] Indeed, Sandifer also signed his Complaint (which is based on an October 3, 2011 incident) back on October 27, 2011. No explanation is forthcoming as to why Sandifer did not lodge the Complaint with this District Court until mid-July 2012. Moreover, a number of the exhibits attached to the Complaint are so faint as to be illegible.

determined whether Sandifer will be permitted to go forward until a current Application is submitted (including a printout showing transactions in Sandifer's trust fund account from January 1, 2012 to the date of the printout's preparation, so that this Court can make the appropriate Section 1915 calculations). As for the Motion, Sandifer has said nothing at all about satisfying the requirement that he must first make efforts to obtain counsel on his own. Hence the Motion is also denied without prejudice.

In summary, unless Sandifer cures the defects identified here on or before August 10, 2012, this action will be dismissed for lack of prosecution. No further steps will be taken by this Court until then.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 25, 2012